**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:26-cv-00719-GPG-NRN

601 ASSETS LLC, a Colorado limited liability company

Plaintiff,

v.

ATLANTIC AVIATION SERVICES INC., a Texas corporation and
UNITED AIRLINES is a Delaware corporation.

Defendants.

---

**NOTICE OF CHANGE OF ADDRESS AND LAW FIRM AFFILIATION**

---

To the Clerk of this Court and all parties appearing in this case, Andrew C. Pistor, attorney for Plaintiff 601 Assets LLC, hereby gives notice of the new firm and contact information. Effective immediately, all notices, pleadings and papers regarding this case should be sent to the following address below.

Andrew C. Pistor
BIZJET LAW PLLC
600 17th Street
Suite 2800 South
Denver, Colorado
720-807-5011
Andy@bizjetlaw.com

Dated this 4th day of March 2026.

Respectfully submitted,

BIZJET LAW PLLC

*s/Andrew C. Pistor*

Andrew C. Pistor
CO Bar No. 33760
600 17th Street
Suite 2800 South
Denver, CO 80202
Phone: 720-807-5011
Email: Andy@bizjetlaw.com

ATTORNEYS FOR PLAINTIFF